UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEAN MICHAEL STEVENS,

    Plaintiff,

    v.

CDCR DIRECTOR, et al.,

    Defendants.

Case No. 5:24-cv-08980 EJD (PR)

**ORDER OF TRANSER**

    Plaintiff, a state prisoner currently incarcerated at California Health Care Facility in Stockton, filed a pro se civil rights complaint against several defendants in connection with allegedly deficient dental care. Dkt. No. 1. Plaintiff names several defendants: the Chief Medical Officer (CMO) at the RJ Donovan Correctional Facility ("RJD") in San Diego; the dental director at the "Chowchilla Women's Prison"; and the CDCR Director in Sacramento. Id. at 2, 3. Plaintiff's claims appear to stem from dental treatment he received at RJD. Id. at 4. Accordingly, the underlying events took place in San Diego, which is in San Diego County.

    Because the relevant acts complained of occurred in San Diego County, which lies within the venue of the Southern District of California, see 28 U.S.C. § 84(d), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly,

this case is TRANSFERRED to the United States District Court for the Southern District of California.  See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Southern District of California.

**IT IS SO ORDERED.**

**Dated**: January 17, 2025

EDWARD J. DAVILA
United States District Judge

2